UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00456-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TARVIS LEVITICUS DUNHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Emergency Motion for Compassionate Release (Doc. No. 50). Also before the Court are Defendant's pro se Motion to Modify Sentence (Doc. No. 47) and pro se Motion for Relief Pursuant to Rule 60(b)(6) (Doc. No. 48).

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED

Signed: May 26, 2020

Frank D. Whitney
Chief United States District Judge

1