UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:06CR456 |
| V. | ORDER |
| TARVIS LEVITICUS DUNHAM | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion (Doc#56) Pro Se Motion to Modify Pursuant to 18 U.S.C 3582

This Motion has already been ruled on Document 55..

**IT IS ORDERED**, that Defendant's Motion is **DENIED.**

Signed: October 6, 2021

_____
Frank D. Whitney
United States District Judge