UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-CR-00456-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> v. ) </br> ) </br> TARVIS LEVITICUS DUNHAM, ) </br> ) </br> Defendant. ) </br> ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Amend Payment Schedule (Doc. No. 58). This matter has been fully briefed, (Doc. No. 61), and is ripe for ruling. Defendant filed the same motion in another case, 3:00-cr-00060, which the Court denied. Order, United States v. Dunham, Case No. 3:00-cr-00060 (W.D.N.C. June 14, 2023), Doc. No. 47. Upon review of Defendant's motion and the arguments therein, it appears Defendant sought relief from his restitution payments only in Case No. 3:00-cr-00060, not in this case. Further, for the same reasons set forth in the Court's Order in case number 3:00-cr-00060, Defendant's motion is procedurally improper because the Court does not have jurisdiction over the Bureau of Prisons Inmate Financial Responsibility Program.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Amend Payment Schedule, (Doc. No. 58), is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 29, 2024

Frank D. Whitney
United States District Judge

1